```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

MICHAEL H. GRAHAM,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:06-0239
                              (CRIMINAL NOS. 1:99-00222-02 AND
                               1:00-00226-01)

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM OPINION

      By Standing Order, these actions were referred to United States Magistrate Judge R. Clarke VanDervort for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B). Magistrate Judge VanDervort submitted to the court his Findings and Recommendation on March 30, 2009, in which he recommended that the District Court deny plaintiff's motion under § 2255 and remove this matter from the court's docket.

      In accordance with the provisions of 28 U.S.C.A. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a _de novo_ review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the thirteen-day period.

Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DENIES** plaintiff's motion under 28 U.S.C. § 2255 and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion to plaintiff and counsel of record.

**IT IS SO ORDERED** this 8th day of June, 2009.

ENTER:

David A. Faber
Senior United States District Judge